# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT LEONE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>GARY SWARTHOUT, Acting Warden,<br><br>　　　　Respondent. | Case No. 11-5593 DSF(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings and recommendations of the Magistrate Judge in this action.

　　IT IS THEREFORE ORDERED that Judgment be entered denying the Petition for Writ of Habeas Corpus and dismissing this action with prejudice.

　　IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation of United States Magistrate Judge, and the Judgment herein on petitioner and counsel for respondent.

　　DATED: 2/12/14

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE DALE S. FISCHER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE