UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT LEONE, | ) Case No. CV 11-5593 DSF(JC) |
| Petitioner, | ) (PROPOSED) JUDGMENT |
| v. | ) |
| GARY SWARTHOUT, Acting Warden, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 2/12/14

*Dale S. Fischer*

_____

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE